Richard M. Pachulski (Ca Bar No. 90073)
Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

E-mail: rpachulski@pszjlaw.com
hrafatjoo@pszjlaw.com
psinger@pszjlaw.com

Attorneys for the Official Committee of Creditors Holding Unsecured Claims

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors. | Case No.: 09-14254<br><br>(Jointly Administered)<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, on behalf of the Debtors' estates,<br><br>Plaintiff,<br><br>v.<br><br>BLUELINX CORPORATION,<br><br>Defendant. | Adversary Proceeding No. 09-1397-MJ<br><br>**STIPULATION REGARDING: (I) COMPLAINT TO (A) AVOID PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. § 547, (B) AVOID FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. § 544, (C) AVOID FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. § 548, AND (D) RECOVER PROPERTY OF AVOIDED TRANSFERS PURSUANT TO 11 U.S.C. § 550; AND (II) BLUELINX CORPORATION'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(B)(9), AS AMENDED** |

28464-002\DOCS_SF:67256.7

The Official Committee of Creditors Holding Unsecured Claims (the "Committee" or "Plaintiff"), the above captioned debtors and debtors in possession (the "Debtors"), and Bluelinx Corporation ("Bluelinx") hereby enter into the following stipulation (the "Stipulation").

## **RECITALS**

A. On March 10, 2009 (the "Petition Date"), the above-captioned Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California. The Debtors continue to operate their business and manage their affairs as debtors in possession in accordance with sections 1107(a) and 1108 of the Bankruptcy Code.

B. On March 19, 2009, pursuant to the *Appointment and Notice of Appointment of Committee of Unsecured Creditors* [Docket 73], the Office of the United States Trustee appointed the Committee.

C. On July 17, 2009, Bluelinx filed the *Notice of Bluelinx Corporation's Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) and of Opportunity to Object* (the "Notice") [Docket 960] and *Bluelinx Corporation's Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9)* ("Motion") [Docket 959]. The Notice set the date for the hearing on the Motion at August 12, 2009 at 1:30 p.m., which hearing date was removed from the Court's calendar at Bluelinx's request.

D. On July 23, 2009, Bluelinx filed the *Amended Motion of Bluelinx Corporation's for Allowance of Administrative Expense Claims Pursuant to 11 U.S.C. §503(b)(9)* [Docket 986] and the *Amended Notice of Bluelinx Corporation's Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9)* [Docket 987] (the "Amended Motion"). Through the Amended Motion, Bluelinx sought allowance and payment of $159,175.59 as a Section 503(b)(9) administrative claim. No hearing has been set on the Amended Motion.

E. On August 10, 2009, the Court entered the *Order Authorizing the Official Committee of Creditors Holding Unsecured Claims to Prosecute Certain Claims on Behalf of the Estates* [Docket 1071].

F. On August 17, 2009, the Debtors filed *Debtors' Request for a Hearing and Opposition to Amended Motion of Bluelinx Corporation's for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9)* (the "Opposition") [Docket 1108]. In the Opposition, the Debtors acknowledged that the price of goods received within twenty (20) days of the Petition Date is $77,908, without giving effect to $1,254.83 in credits due to Continental Lumber Products, Inc.—one of the Debtor entities.

G. On August 17, 2009, the Committee filed the above-captioned complaint against Bluelinx (the "Complaint").

H. On September 2, 2009, this Court conducted a hearing on the *Debtors' Motion for an Order Approving Procedures for Submitting and Resolving Administrative Expense Claims Under Section 503(b)(9)* [Docket 1121] and on September 9, 2009, the Court entered its *Order Approving Procedures for Submitting and Resolving Administrative Expense Claims Under Section 503(b)(9)* [Docket 1239]

I. Since the hearing referred to in paragraph H of this Stipulation, the Debtors, the Committee, and Bluelinx have agreed to address the issues raised in the Motion, the Amended Motion, the Opposition, and the Complaint on the terms set forth herein.

## **AGREEMENT**

IT IS HEREBY STIPULATED by and between the Debtors, the Committee, and Bluelinx, through their respective counsel, that:

1. Bluelinx acknowledges the existence of the right of setoff and agrees to a net claim amount of $76,653.17, which is comprised of a claim of (a) $26,522.28 against Continental Lumber Products, Inc., (b) $34,057.89 against Fleetwood Homes of Texas, L.P., (c) $6,747.84 against Fleetwood Homes of Pennsylvania, Inc., (d) $5,175.46 against Fleetwood Homes of Virginia, and (e) $4,149.70 against Fleetwood Homes of Georgia, Inc. (the "Bluelinx Claim").

2. The Debtors and the Committee agree to the allowance of the Bluelinx Claim, subject to the terms, limitations, and conditions of this Stipulation; and provided that nothing herein shall be deemed an acknowledgment that such claim is entitled to administrative priority in part or in its

entirety. All such issues are being reserved for determination at a later date; provided, however, that unless the parties agree otherwise, on or before December 31, 2009, the parties shall set a hearing to determine whether the Bluelinx Claim is entitled to administrative priority.

3. Except as to the amount of the Bluelinx Claim, nothing in this Stipulation shall be deemed a waiver of the rights of the parties to contest the issues raised in the Motion, the Amended Motion, and the Opposition, including the right of the estates to assert a defense under Section 502(d) of the Bankruptcy Code to the Bluelinx Claim. The Debtors, the Committee and Bluelinx reserve their right to contest whether the Bluelinx Claim is entitled to priority under Section 503(b)(9) after the Court's ruling with respect to the allocation hearings scheduled in these cases; provided, however, that if allocation hearings are not scheduled in these cases by November 31, 2009, all issues regarding whether the Bluelinx Claim is entitled to administrative priority or is entitled to priority under Section 503(b)(9) shall be set for hearing on or before December 31, 2009, unless the parties agree or the Court orders otherwise.

4. The parties agree to stay the above-captioned adversary proceeding until the effective date of a confirmed plan or the conversion of the above-captioned jointly administered cases to a case under chapter 7 of the Bankruptcy Code, whichever is earlier.

5. Bluelinx shall withdraw the Motion and the Amended Motion on or before September 16, 2009.

6. The parties to this Stipulation acknowledge that this Stipulation constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous agreements, negotiations and understandings. Each party acknowledges and agrees that there is no other agreement or representation, whether oral or written, between or among the parties hereto related to the settlement of the matters contained in this Stipulation.

7. This Stipulation may be executed by counterpart originals, electronic copies, or facsimiles, and each such counterpart shall be deemed an original instrument, but all such counterparts together shall constitute one agreement.

[*Signatures appear on the following page.*]

Dated: September 15, 2009　　　PACHULSKI STANG ZIEHL & JONES LLP

By　*/s/ Hamid R. Rafatjoo*
　　Hamid R. Rafatjoo
　　Pamela E. Singer
　　Attorneys for the Official Committee of
　　Creditors Holding Unsecured Claims

Dated: September 15, 2009　　　GIBSON, DUNN & CRUTCHER LLP

By　*/s/ Solmaz Kraus*
　　Craig H. Millet
　　Solmaz Kraus
　　Attorneys for Debtors and Debtors in
　　Possession

Dated: September 15, 2009　　　MILLER, CANFIELD, PADDOCK AND STONE

By　*/s/ Michael H. Traison*
　　Michael H. Traison
　　Attorneys for Bluelinx Corporation

| In re: FLEETWOOD ENTERPRISES, INC., et al. | | CHAPTER 11 |
|---|---|---|
| | Debtors. | CASE NUMBER: 6:09-14254-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd, 11th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document described **STIPULATION REGARDING: (I) COMPLAINT TO (A) AVOID PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. § 547, (B) AVOID FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. § 544, (C) AVOID FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. § 548, AND (D) RECOVER PROPERTY OF AVOIDED TRANSFERS PURSUANT TO 11 U.S.C. § 550; AND (II) BLUELINX CORPORATION'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(B)(9), AS AMENDED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 15, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 15, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 15, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Hon. Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/15/2009 | Megan J Wilson | */s/ Megan J Wilson* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Andrew K Alper on behalf of Creditor  GE Commercial Distribution Finance Corporation and GELCO Corporation dba GE Capital Fleet Services
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Hilary L Barnes on behalf of Creditor  LazyDays RV Supercenter, Inc.
hilary.barnes@quarles.com, sybil.aytch@quarles.com

John J Bingham on behalf of Interested Party  Courtesy NEF
jbingham@dgdk.com

Mark S Blackman on behalf of Creditor  21st Mortgage Corporation
MBlackman@AlpertBarr.Com

Bradley D Blakeley on behalf of Defendant  Gibraltar Insurance Company, Ltd., a corporation
bblakeley@blakeleyllp.com

William C Bollard on behalf of Debtor  Fleetwood Enterprises, Inc.
eal@jbblaw.com

Timothy  Bortz on behalf of Creditor Timothy Bortz
tbortz@state.pa.us

John A Boyd on behalf of Interested Party  Courtesy NEF
fednotice@tclaw.net

Andrew W Caine on behalf of Creditor Committee  Official Committee of Creditors Holding Unsecured Claims
acaine@pszyjw.com

Rebecca J Callahan on behalf of Plaintiff  First American Trust Company, as Trustee of the Century Trust
rcallahan@callahanlaw.biz

Craig C Chiang on behalf of Interested Party  Courtesy NEF
cchiang@buchalter.com

Louis J Cisz on behalf of Creditor  California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Fred M Cohen on behalf of Creditor Sandra Dinsmore
fmcbktaxlaw@hotmail.com

Sidney A Cotlar on behalf of Creditor Conrad Budd
scotlar@hhkc.com

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Caroline  Djang on behalf of Creditor  Atwood Mobile Products LLC
crd@jmbm.com

Richard T Egger on behalf of Interested Party  Courtesy NEF
richard.egger@bbklaw.com

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

Amanda N Ferns on behalf of Defendant   Bluelinx Corporation
aferns@fernslaw.com

Donald L Gaffney on behalf of Interested Party   Courtesy NEF
dgaffney@swlaw.com

Jeffrey K Garfinkle on behalf of Creditor   Oracle USA, Inc.
bkgroup@buchalter.com,   jgarfinkle@buchalter.com

Matthew B George on behalf of Creditor Ronald Doud
mbg@girardgibbs.com

Kenneth A Glowacki on behalf of Debtor   Fleetwood Enterprises, Inc.
kglowacki@gibsondunn.com

Jeffrey T Gwynn on behalf of Creditor   Dave Carter & Associates, Inc.
jgwynn@gwynn-law.com

Michael J Heyman on behalf of Creditor   AL-KO Kober Corporation
michael.heyman@klgates.com

Mark D Houle on behalf of Interested Party   New York Mellon Trust Co., N.A.
mark.houle@pillsburylaw.com

Sophie A Hubscher on behalf of Creditor Peggy Richan
sophie@korperlemonlaw.com

Jay W Hurst on behalf of Creditor   Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

Yale K Kim on behalf of Creditor   Brigade Capital Management, LLC
ykim@allenmatkins.com

Solmaz  Kraus on behalf of Debtor   Fleetwood Enterprises, Inc.
skraus@gibsondunn.com,   skraus@gibsondunn.com

Mary D Lane on behalf of Creditor Committee   Official Committee of Creditors Holding Unsecured Claims
mlane@pszjlaw.com

Daniel C Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Scott  Lee on behalf of Creditor   Philips Products, Inc.
slee@lbbslaw.com

Matthew A Lesnick on behalf of Creditor   AT&T Capital Services Inc.
matt@lesnicklaw.com

Elizabeth A Lossing on behalf of U.S. Trustee   United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Donald K Ludman on behalf of Creditor   SAP America, Inc.
dludman@brownconnery.com

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

```
Gregory O Lunt on behalf of Creditor   Bank of America, N.A.
gregory.lunt@lw.com

Rose D Manos on behalf of Creditor   FEMA Trailer
rmanos@nexsenpruet.com

Rose D Manos on behalf of Interested Party   Courtesy NEF
manos@nexsenpruet.com

Frank F McGinn on behalf of Interested Party   Courtesy NEF
ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor   American Electric Power
david@davidwmeadowslaw.com

Craig  Millet on behalf of Debtor   Continental Lumber Products, Inc.
cmillet@gibsondunn.com,   pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Christopher  Minier on behalf of Creditor   Courtesy Ford, Inc.
becky@ringstadlaw.com

Byron Z Moldo on behalf of Plaintiff Alicia Rice
bmoldo@ecjlaw.com,   tmelendez@ecjlaw.com

John D Monte on behalf of Creditor   Maytag Corporation
montelaw@earthlink.net

C Daniel Motsinger on behalf of Creditor   ProLiance Energy, LLC
cmotsinger@kdlegal.com

Randall P Mroczynski on behalf of Defendant   Fluor Corporation, a corporation
randym@cookseylaw.com

Randy P Orlik on behalf of Creditor   ISIS Lending, LLC
rorlik@coxcastle.com

Todd L Padnos on behalf of Creditor   Deutsche Bank Trust Company Americas
tpadnos@dl.com,   dkennedy@dl.com;sholstrom@dl.com;rkeenan@dl.com;tboothe@dl.com

Leo D Plotkin on behalf of Creditor   Textron Financial Corporation
lplotkin@lsl-la.com,   dsmall@lsl-la.com

David M Poitras on behalf of Creditor   Atwood Mobile Products LLC
dpoitras@jmbm.com

Kimberly A Posin on behalf of Creditor   Latham & Watkins LLP
kim.posin@lw.com

Samuel  Price on behalf of Creditor   National General Assurance Company
sprice@donahoeyoung.com

Hamid R Rafatjoo on behalf of Creditor Committee   Official Committee of Creditors Holding
Unsecured Claims
hrafatjoo@pszjlaw.com,   hrafatjoo@pszjlaw.com

Michael  Reed on behalf of Creditor   Bell County TAD, et al
```

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

othercourts@mvbalaw.com

Jeffrey H. Reeves on behalf of Plaintiff  Fleetwood Enterprises, Inc.
jreeves@gibsondunn.com

Michael B Reynolds on behalf of Creditor   Cavco Industries
mreynolds@swlaw.com, kcollins@swlaw.com

Christopher P Ridout on behalf of Creditor Conrad Budd
c.ridout@ridoutlyonlaw.com

Martha E Romero on behalf of Creditor  San Bernardino County Tax Collector
Romero@mromerolawfirm.com

Diane W Sanders on behalf of Creditor  McLennan County
austin.bankruptcy@publicans.com

Mark C Schnitzer on behalf of Attorney Mark Schnitzer
mschnitzer@rhlaw.com

Pamela E Singer on behalf of Creditor Committee  Official Committee of Creditors Holding Unsecured Claims
psinger@pszjlaw.com, ksuk@pszjlaw.com

Howard  Steinberg on behalf of Other Professional  Greenhill & Co., LLC
hsteinberg@irell.com, awsmith@irell.com

   United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Anne A Uyeda on behalf of Debtor  Fleetwood Enterprises, Inc.
auyeda@gibsondunn.com

Madeleine C Wanslee on behalf of Creditor  Maricopa County Treasurer
mwanslee@gustlaw.com,  rstein@gustlaw.com

Michael D Warner on behalf of Creditor  IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company
echou@warnerstevens.com

Martha A Warriner on behalf of Creditor  Esco Industries, Inc.
mwarriner@rhlaw.com

Sharon Z Weiss on behalf of Creditor  LazyDays RV Supercenter, Inc.
sweiss@richardsonpatel.com

Joseph M Welch on behalf of Creditor  Morgan Buildings & Spas, Inc.
joseph.welch@bbklaw.com,
kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;joseph.welch@bbklaw.com;arthur.johnston@bbklaw.com

Elizabeth  Weller on behalf of Creditor  Dallas County - Tarrant County
dallas.bankruptcy@publicans.com

Rebecca J Winthrop on behalf of Creditor  Westchester Fire Insurance Company
winthropr@ballardspahr.com

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

| VIA US MAIL | | |
|---|---|---|
| Department of Defense<br>Department of Defense<br>Robert Gates Secretary<br>1000 Defense Pentagon<br>Washington, DC 20301 | US Attorney General's Office<br>Attorney General<br>Eric Holder<br>US DOJ Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Counsel for Christie Lynn Davis<br>Daniel R Shapiro<br>8304 Limonita Ave Ste D131<br>Riverside, CA 92509 |
| California Franchise Tax Board<br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2953<br>Sacramento, CA 95812-2952 | Indenture Trustee for Debtors 14% Notes<br>Deutsche Bank Trust Co<br>Americas Trust & Securities Svs<br>60 Wall St MS NYC 60 2710<br>New York, NY 10005 | Debtor<br>Fleetwood<br>Leonard J McGill Sr<br>3125 Myers St<br>Riverside, CA 92503 |
| Owens Corning<br>Owens Corning<br>Attn Karen Sprenger 1D 5<br>1 Owens Corning Pkwy<br>Toledo, OH 43659 | Counsel for FEMA Trailer<br>Howrey LLP<br>Richard J Burdge<br>550 S Hope St<br>Los Angeles, CA 90071 | IRS<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Indenture Trustee for Debtors 5% Notes<br>The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St 21 W<br>New York, NY 10286 | SEC<br>Securities and Exchange Commission<br>233 Broadway 13th Fl<br>New York, NY 10279 | SEC<br>Securities and Exchange Commission<br>5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 |
| United States Attorneys Office<br>United States Attorneys Office<br>Civil Process Clerk<br>300 N Los Angeles St<br>Federal Building Rm 7516<br>Los Angeles, CA 90012 | Indenture Trustee for Debtors 5% Notes<br>The Bank of New York Melon Trust Co<br>Attn Corporate Trust Administration<br>101 Barclay St Fl 8W<br>New York, NY 10286 | Counsel for Travelers<br>Travelers<br>Attn Chantel Pinnock<br>1 Tower Sq 5MN<br>National Accounts<br>Hartford, CT 06183-4044 |
| US Bankruptcy Court<br>US Bankruptcy Court<br>Hon Meredith A Jury<br>3420 Twelfth St<br>Riverside, CA 92501-3819 | Attorneys for BlueLinx Corporation<br>Ferns, Adams & Associates<br>Attn: Amanda Ferns, Esq.<br>2815 Mitchell Drive, Suite 210<br>Walnut Creek, CA 94598 | |

| In re: FLEETWOOD ENTERPRISES, INC., et al. | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER: 6:09-14254-MJ |

## III. SERVED BY EMAIL

| VIA EMAIL | | |
|---|---|---|
| Counsel for GE Commercial Dist Finance Corp<br>Frandzel Robins Bloom & Csato LC<br>Andrew K Alper<br>6500 Wilshire Blvd 17th Fl<br>Los Angeles, CA 90048-4920<br>aalper@frandzel.com | Agent for the Debtor's Pre-Petition lenders<br>Latham & Watkins LLP<br>Andrew Faye Gregory Lunt<br>355 S Grand Ave Ste 100<br>Los Angeles, CA 90071<br>andrew.faye@lw.com;<br>gregory.lunt@lw.com | Counsel for McLennan County<br>Linebarger Goggan Blair & Sampson LLP<br>Diane Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@publicans.com |
| Counsel for Certain Asbestos Claimants<br>Brayton Purcell LLP<br>Alan R Brayton & Christina C Skubic<br>222 Rush Landing Rd<br>Novato, CA 94945<br>bankruptcy.asbpo.asbdom@bratonlaw.com | Indenture Trustee for Debtors 6% Notes<br>Emmet Marvin & Martin LLP<br>Attn Bayard S Chapin Esq<br>120 Broadway 32nd Fl<br>New York, NY 10271<br>bchapin@emmetmarvin.com | Counsel for IBM Corporation<br>IBM Corporation<br>Beverly H Shideler<br>Two Lincoln Ctr<br>Oakbrook Terrace, IL 60181<br>bhshide@us.ibm.com |
| Counsel for Westchester Fire Insurance Company<br>Ballard Spahr Andrews & Ingersoll LLP<br>Robert McL Boote<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599<br>boote@ballardspahr.com | Counsel for Fort Worth<br>City of Fort Worth<br>Christopher B Mosley<br>1000 Throckmorton St<br>Fort Worth, TX 76102<br>Chris.Mosley@fortworthgov.org | Counsel for ProLiance Energy LLC<br>Krieg DeVault LLP<br>C Daniel Motsinger<br>One Indiana Sq Ste 2800<br>Indianapolis, IN 46204-2079<br>cmotsinger@kdlegal.com |
| Counsel for Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201<br>dallas.bankruptcy@publicans.com | Counsel for American Electric Power<br>American Electric Power<br>David W Meadows<br>1801 Century Park E Ste 1250<br>Los Angeles, CA 90067<br>david@davidmeadowslaw.com | Riverside District Attorney<br>Riverside District Attorney<br>Attn Dale Hoy<br>4075 Main St<br>Riverside, CA 92501<br>dhoy@rivcoda.org |
| Counsel for California Self Insurers Security Fund<br>Nixon Peabody LLP<br>Daniel Sovocool & Gina Fornario<br>1 Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111-3600<br>dsovocool@nixonpeabody.com;<br>gfornario@nixonpeabody.com | IDG USA LLC d/b/a Boring-Smith an Industrial Distribution Group, Inc. Company<br>Warner Stevens<br>Michael D Warner<br>301 Commerce St Ste 1700<br>Fort Worth, TX 76102<br>echou@warnerstevens.com | California Employment Development Department<br>Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001<br>eddlegal@edd.ca.gov |
| US Trustee<br>United States Trustee<br>Elizabeth A Lossing<br>3685 Main St Ste 300<br>Riverside, CA 92501<br>elizabeth.lossing@usdoj.gov | Counsel for Hewlett Packard Co<br>Hewlett Packard Co<br>Esmeralda Vargas<br>Periferico Sur No 6751<br>Tlaquepaque Jalisco, 45060 Mexico<br>esmere.vargas@hp.com | Non-Descriptive ECF Request<br>Thompson & Colgate LLP<br>John A Boyd<br>3610 14th St<br>Riverside, CA 92501<br>fednotice@tclaw.net |

| | | |
|---|---|---|
| US Trustee<br>United States Trustee<br>Attn Frank Cadigan & Elizabeth A Lossing<br>3685 Main St Ste 300<br>Riverside, CA 92501<br>Frank.Cadigan@usdoj.gov;<br>elizabeth.lossing@usdoj.gov | Counsel for Bank of America NA<br>Latham & Watkins LLP<br>Gregory O Lunt<br>355 S Grand Ave Ste 100<br>Los Angeles, CA 90071<br>gregory.lunt@lw.com | Counsel for LazyDays RV Supercenter Inc<br>Quarles & Brady LLP<br>Hilary L Barnes<br>2 N Central Ave<br>One Renaissance Sq<br>Phoenix, AZ 85004-2391<br>hilary.barnes@quarles.com |
| Counsel for Ft Bend Harris & Liberty County<br>Linebarger Goggan Blair & Sampson LLP<br>John P Dillman<br>PO Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Counsel for Creditors Committee<br>Pachulski Stang Ziehl & Jones LLP<br>Hamid Rafatjoo<br>10100 Santa Monica Blvd 11th Fl<br>Los Angeles, CA 90067-4100<br>hrafatjoo@pszjlaw.com | Counsel for Kendall County<br>Perdue Brandon Fielder Collins & Mott LLP<br>John T Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731<br>jbanks@pbfcm.com |
| Counsel for CTF 5 Citrus Park LLC<br>Danning Gill Diamond & Kollitz LLP<br>John J Bingham Jr<br>2029 Century Park E Third Fl<br>Los Angeles, CA 90067<br>jbingham@dgdk.com | Counsel for LazyDays RV Supercenter Inc<br>Quarles & Brady LLP<br>John Collen<br>300 N LaSalle St Ste 4000<br>Chicago, IL 60654<br>jcollen@quarles.com | Counsel for Dave Carter & Associates Inc<br>The Gwynn Law Law Firm PC<br>Jeffrey T Gwynn<br>455 W La Cadena Dr Ste 18<br>Riverside, CA 92501<br>jgwynn@gwynn-law.com |
| Counsel for Whippoorwill Associates Inc<br>Cadwalader Wickersham & Taft LLP<br>John J Rapisardi Esq<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com | Agent for the Debtor's Pre-Petition lenders<br>Latham & Watkins LLP<br>Kimberly A Posin<br>355 S Grand Ave Ste 100<br>Los Angeles, CA 90071-1560<br>kim.posin@lw.com | Counsel for City of Waco<br>McCreary Veselka Bragg & Allen PC<br>Michael Reed<br>POB 1269<br>Round Rock, TX 78680<br>kmorriss@mvbalaw.com |
| Counsel for California Self Insurers Security Fund<br>Nixon Peabody LLP<br>Louis J Cisz III<br>1 Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111-3600<br>lcisz@nixonpeabody.com | Non-Descriptive ECF Request<br>Levy Small & Lallas<br>Leo D Plotkin<br>815 Moraga Dr<br>Los Angeles, CA 90049<br>lplotkin@lsl-la.com | Counsel for The Bank of New York Mellon Trust Co<br>Pillsbury Winthrop Shaw Pittman LLP<br>Mark Houle & Craig Barbarosh<br>650 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7122<br>mark.houle@pillsburylaw.com;<br>craig.barbarosh@pillsburylaw.com |
| Counsel for AT&T Capital Services Inc<br>Lesnick Law<br>Matthew A Lesnick<br>185 Pier Ave Ste 103<br>Santa Monica, CA 90405<br>matt@lesnicklaw.com | Counsel for Ronand Doud<br>Girard Gibbs LLP<br>Matthew B George & Eric H Gibbs<br>601 California St 14th Fl<br>San Francisco, CA 94108<br>mbg@girardgibbs.com | Counsel for 21st Mortgage Corporation<br>Alpert Barr & Grant APLC<br>Mark S Blackman<br>6345 Balboa Blvd Ste I300<br>Encino, CA 91316-1523<br>Mblackman@AlpertBarr.com |
| Indenture Trustee for Debtors 5% Notes<br>The Bank of New York Melon Trust Co<br>Attn Melanie Young VP<br>700 S Flower St Ste 500<br>Global Corporate Trust Corporate Unit<br>Los Angeles, CA 90017<br>melonee.young@bnymellon.com | Counsel for Creditors Committee<br>Pachulski Stang Ziehl & Jones LLP<br>Mary D Lane<br>10100 Santa Monica Blvd 11th Fl<br>Los Angeles, CA 90067-4100<br>mlane@pszjlaw.com | Reid & Hellyer A Professional Corp<br>Reid & Hellyer A Professional Corp<br>Mark C Schnitzer<br>P O Box 1300<br>Riverside, CA 92502-1300<br>mschnitzer@rhlaw.com |

| | | |
|---|---|---|
| Counsel for Esco Industries Inc<br>Reid & Hellyer A Professional Corp<br>Martha A Warriner<br>PO Box 1300<br>Riverside, CA 92502<br>mwarriner@rhlaw.com | Counsel for Whippoorwill Associates Inc<br>Cadwalader Wickersham & Taft LLP<br>Peter M Friedman Esq<br>1201 F St NW<br>Washington, DC 20004<br>peter.friedman@cwt.com | Counsel for Deutsche Bank Trust Company Americas<br>Dewey & LeBoeuf LLP<br>Allison Weiss & Peter Ivanick<br>1301 Avenue of the Americas<br>New York, NY 10019<br>pivanick@dl.com; aweiss@dl.com |
| Counsel to Deutsche Bank Trust Company Americas<br>Deutsche Bank Trust Company Americas<br>Paul Jasper<br>One Embarcadadero Ctr Ste 400<br>San Francisco, CA 94111<br>pjasper@dl.com; tpadnos@dl.com | Counsel for Hewlett Packard Co<br>Hewlett Packard Co<br>Ramona Neal<br>11311 Chinden Blvd MS 314<br>Boise, ID 83714-0021<br>ramona.neal@hp.com | Counsel for Deutsche Bank Trust Company Americas<br>Deutsche Bank Trust Company Americas<br>Rodney Gaughan<br>60 Wall St MS 2720<br>New York, NY 10005<br>Rodney.Gaughan@db.com |
| Non-Descriptive ECF Request<br>Romero Law Firm<br>Martha E Romero<br>6516 Bright Ave<br>Whittier, CA 90601<br>Romero@mromerolawfirm.com | Counsel for Isis Lending LLC<br>Cox Castle & Nicholson<br>Randy P Orlik<br>2049 Century Park E 28th Fl<br>Los Angeles, CA 90067<br>rorlik@coxcastle.com | Counsel for Creditors Committee<br>Pachulski Stang Ziehl & Jones LLP<br>Richard Pachulski<br>10100 Santa Monica Blvd 11th Fl<br>Los Angeles, CA 90067-4100<br>rpachulski@pszjlaw.com |
| Debtors Counsel<br>Fleetwood Enterprises Inc<br>Craig Millet, Solmaz Kraus<br>3161 Michelson Dr Ste 1100<br>Irvine, CA 92612-4412<br>skraus@gibsondunn.com;<br>cmillet@gibsondunn.com | Counsel for National General Assurance Co<br>Donahoe & Young LLP<br>Mark Young & Samuel Price<br>25152 Springfield Ct Ste 345<br>Valencia, CA 91355<br>sprice@donahoeyoung.com;<br>myoung@donahoeyoung.com | Counsel for Deutsche Bank Trust Company Americas<br>Deutsche Bank Trust Company Americas<br>Stanley Burg<br>60 Wall St MS 2720<br>New York, NY 10005<br>stan.burg@db.com |
| Counsel for LazyDays RV Supercenter Inc<br>Richardson & Patel LLP<br>Sharon Z Weiss<br>10900 Wilshire Blvd Ste 500<br>Murdock Plaza<br>Los Angeles, CA 90024<br>sweiss@richardsonpatel.com | Counsel for Office of Unemployment Compensation Tax Services, Department of Labor and Industry, & Commonwealth of Pennsylvania<br>Reading Bankruptcy & Compliance Unit<br>Timothy A Bortz<br>625 Cherry St Rm 203<br>Reading, PA 19602-1184<br>tbortz@state.pa.us | Counsel for Weyerhaeuser<br>Weyerhaeuser<br>Todd Green<br>810 Whittington Ave<br>Hot Springs, AR 71901<br>todd.green@weyerhaeuser.com |
| Agent for the Debtor's Pre-Petition lenders<br>Bank of America NA<br>Attn Todd R Eggertsen<br>55 S Lake Ave Ste 900<br>Pasadena, CA 91101<br>todd.r.eggertsen@bankofamerica.com | Counsel for Deutsche Bank Trust Company Americas<br>Dewey & LeBoeuf LLP<br>Todd Padnos & Paul Jasper & Danielle Kennedy<br>1950 University Ave Ste 500<br>Silicon Valley Office<br>East Palo Alto, CA 94303<br>tpadnos@dl.com; pjasper@dl.com;<br>dkennedy@dl.com | Counsel for Westchester Fire Insurance Company<br>Ballard Spahr Andrews & Ingersoll LLP<br>Rebecca J Winthrop<br>2029 Century Park E Ste 800<br>Los Angeles, CA 90067-2909<br>winthropr@ballardspahr.com;<br>boote@ballardspahr.com |

| In re: FLEETWOOD ENTERPRISES, INC., et al. | | CHAPTER 11 |
|---|---|---|
| | Debtors. | CASE NUMBER: 6:09-14254-MJ |

| Counsel for Whippoorwill Associates Inc<br>Allen Matkins Leek Gamble Mallory & Natsis LLP<br>Yale K Kim & David R Zaro<br>515 S Figueroa St 9th Fl<br>Los Angeles, CA 90071-3309<br>ykim@allenmatkins.com;<br>dzaro@allenmatkins.com | | |